**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Darlene Payne Smith

Appellate case number:    01-22-00353-CV

Trial court case number:  468981

Trial court:              Probate Court No 2 of Harris County

      Relator, Darlene Payne Smith, filed a petition for writ of mandamus challenging the trial court's April 22, 2022 Order on "Robert H. Goode, Jr.'s Motion for Continuance of the Deposition of Robert H. Good, Jr. and Sanctions Hearing for Same Date."  In this order, the trial court required relator to post a bond of $225,000 by May 11, 2022, if relator's client, Robert H. Goode, did not post the bond by May 9, 2022.  Relator also filed a motion for emergency relief asking this Court to stay the trial court's order.

      The motion for emergency relief is **granted** and the trial court's order of April 22, 2022 is **stayed** pending disposition of this original proceeding or other order of this Court.

      The Court requests a response to the petition for writ of mandamus from real party in interest, Stephanie McGuire, **within 20 days of the date of this order**.

      It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                ☑ Acting individually    ☐ Acting for the Court


Date:    __May 10, 2022____